UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | No. 2:17-cv-02689 MCE AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 90-day extension of time to file his first amended complaint. ECF No. 10. This is plaintiff's second such request. Plaintiff provides documentation of his voluntary admission for evaluation and psychiatric treatment at Palmetto General Hospital's Mental Health Center. See ECF No. 10 at 2. However, plaintiff does not explain the expected duration of his hospitalization, or explain why a 90 day extension of time is reasonably necessary. While the court will grant plaintiff additional time to file his first amended complaint, it will not extend the deadline for 90 days. Instead, plaintiff will be granted an additional 30 days beyond the previous extended deadline of June 11, 2018.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint no later than July 11, 2018.

////

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: May 23, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE