UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | No. 2:17-cv-02689 MCE AC PS <br><br> FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).

On December 26, 2017, plaintiff commenced this action by filing a complaint and filing a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1, 2. On April 11, 2018, the court granted plaintiff's motion to proceed IFP and dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 6. On May 4, 2018, plaintiff requested an extension of time to file his first amended complaint. ECF No. 8. The court granted plaintiff an additional 30 days. ECF No. 9. On May 21, 2018, plaintiff requested a second extension of time to file his first amended complaint. ECF No. 10. The court granted plaintiff an additional 30 days. ECF No. 11. However, plaintiff failed to file the anticipated amended complaint. Accordingly, on July 17, 2018 the court ordered plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute. ECF No. 13. Plaintiff was also cautioned that failure to do so

1

could lead to a recommendation that the action be dismissed. Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 6, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE